PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

AUG 25 2023 AM 8:44
FILED - USDC - NDTX - LU

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

__Mary Muniz 119436__
Plaintiff's Name and ID Number

__Lubbock County Jail__
Place of Confinement

CASE NO. __5:23-CV-194-C__
(Clerk will assign the number)

v.

__Judge Hendrix   1205 Texas Ave LT 79411__
Defendant's Name and Address

__Chad Wheeler   1916 13th St LT 79401__
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
        Plaintiff(s) _Mary Muniz_
        Defendant(s) _Chad Wheeler_
      3. Court: (If federal, name the district; if state, name the county.) _Northern District_
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _Judge Hendrix_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Lubbock County_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: _Mary Muniz   L.C.D.C._

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Judge Hendrix (Judge) 1205 Texas ave Lubbock 79411_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_On June 8, 2023 I got out of Jail the Judge_

Defendant #2: _Lubbock County Dention Center PO Box 10535 Lubbock TX 79408_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

IVB

signed a Camping warrent on the 11 of June 2023 I was brought to Jail they Man handled me I asked for paddy wagon the Officers grabed me and twisted my arkeles and wrist and tied me up and did not put a Safty Belt they put a metyl at the Bottom of door and Closed it. I was tied up wrist and ankels. I see we are nearing LCJ and I hit the Seifty Belt Botton I arrieved officer PAlacio did not let me see medical so for 35 hours I did not see medical I was in pain my syatic Nerve was hurting bad. I seen the judge he dropped Camping warrent Judge hendrix Signed.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

answer on IV B

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Justice

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Mary Muniz Juarez Leyva

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1194346

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __Judge Hendrix__
2. Case number: _____
3. Approximate date warning was issued: __Warned me not to proceed in a case against Chud Wheeler.__

Executed on: __8.20.23__
           DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __20__ day of __8__, 20 __23__.
      (Day)         (month)      (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

I have given this info to Officers here at Lubbock County Jail

Larry Jackson 2707 27th St. I was going to marry him. I moved in around 2015. I told him I would not have sexual relations until he got tested. he worked at Post office on Criket Ave. Distribution —
he told everyone we were going to be married. Bunk Methodist Gathering for Buddy Holly last brother funeral which was blah — Holly's wife did NOT send a rose even Buddy's Music continues to live.
On Larry's Phone was 185 trangenders and Amber alert
Pierre Came up with the format to ~~vote~~ Bounce information around. ex. My sister Camilla Identity theft me Mary Muniz. On her phone I seen where she sent Arizona a text that she was Rowdy in 68 NO she turned to Rowdy when she put a penise on (operated) —
Several years back — Pierre Came up with the format and he received a red Mustang with lic plate Pierre which dropped off Micheal heap — on 25 st and ave O which he/she Lawyer adopted

a black Buby and she/he mistreated the child I had picture I found and police confiscated them I recieved Criminal trespass 1849 @ 49 st.

Riddle in a Jurnal - We are being held hostage but the Soilders Keep changing Riddle Mirror Image than one plays Mozart the other looks like a bulling hatching an egg -

Kristen Beck looks like a Man I have know for 25yrs and he plays Mozart and the other one I knows looks like a chicken - The First one looks like Kristen Beck Behind there house The ones I have know there wusu sign that trump had to play pence they live Next to My Casista Home health on Broadway. Trump worked for the people Not gover. pierre came up with

There is 2 police officers I know! You tell me who cares for his fellow man.

① archiebal from the homeless cops helping Chad Wheeler with the program housing first, for homeless person could get a house and be safe. Will Chad came into my home Dec 6, 2016 and was inside the front door while I was cooking for some friends. I looked up and he was looking at me with his hands crossed. I went to him and told him to leave so I opened the door for him. I called 911 that he had come into my home. Police arrived I went to Jail. on the statement of Chad he put the door was open and then I opened it. I told Ted Hogan, well archiebal officer quit homeless cops. He told me there were 7 and I could not beat them.

② Osborn – Melinda Romons was in the middle of the street so Osborn picked her up. She told him she had a place to go. She was brought to an apt complex I was at. The lady stuere no longer lived at the apt, so I ask Osborn if I could help Melinda. So I was ~~too~~ trying to talk to Melinda and she would not listen to me. So Osborn said I have to take her and lock her up because I do not want her to hurt herself.

for nut which the B5 transgender on Larry Jackson phone did the Voting through there firmat - homeless Vets etc. Chad Wheeler Carpenters Church, was no longer allowed to Recieve SS cards or mail for SS office,

911 tower they are using it to keep in Contact -

Foundacl Lawyer's Send Tax letters Marth Pena on 3rd & University - WOW raider apt.
Dyke Manager filed Bankrupts yet he has Sudo Name Raider+

Private defenders do not let us fire Bad lawyers I wrote Sue Johnson up she recived a Sanction and Nikkie Boatwright - State Bar.

Lubbock County Detention Center
Name Mary Muniz
# 49436
P. Box 9133
Sincle, FL 33775-9133

**INDIGENT**

U.S. District Court for the
Northern District of Texas
1205 Texas ave
Lubbock TX 79401

Legal Mail

RETURN SERVICE REQUESTED

FIRST CLASS

US POSTAGE by PITNEY BOWES
ZIP 79401
02 4W
0000386595  $000.63
AUG. 22. 2023

AUG 25 2023 AM 8:38
REC'D - USDC - ND TX LU